| | |
|---|---|
| 1 | **ROUTH CRABTREE OLSEN, PS** |
| | EDWARD T. WEBER, ESQUIRE, #194963 |
| 2 | JONATHAN J. DAMEN, ESQUIRE, #251869 |
| 3 | STACY M. DOMINGUEZ, ESQUIRE # 279161 |
| | KRISTIN S. WEBB, ESQUIRE, #258475 |
| 4 | RENEE M. PARKER, ESQUIRE, #256851 |
| | 1241 E. Dyer Road, Suite 250 |
| 5 | Santa Ana, CA 92705 |
| | sdominguez@rcolegal.com |
| 6 | 714-382-6437 / Fax (425) 974-8147 |
| | RCO# 21941 |
| 7 | Attorney for Creditor: JPMorgan Chase Bank, NA, successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AT OAKLAND

| In Re: | No. 12-41795-WJL |
|---|---|
| Jose Marques De Oliveira | |
| Maria Luisa De Oleveira | Chapter 13 |
| Debtor(s). | REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

   PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, JPMorgan Chase Bank, NA, successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

   Stacy M. Dominguez
   Routh Crabtree Olsen, PS
   1241 E. Dyer Road, Suite 250
   Santa Ana, CA 92705
   PH 714-382-6437

Dated: April 3, 2012

Routh Crabtree Olsen, PS
By: /s/Stacy M. Dominguez
Attorneys for Creditor

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Jose Marques De Oliveira
630 Rosincress Court
San Ramon, CA 94583

Maria Luisa De Oleveira
630 Rosincress Court
San Ramon, CA 94583

**ELECTRONIC SERVICE:**

Patrick L. Forte
pat@patforte.com

Martha G. Bronitsky
13trustee@oak13.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Service was made on June 1, 2012 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Andrea C. Andrea Carlson